219 So.2d 176

Roxanne **TANNEHILL**

v.

Thomas W. **ROBERTS, et al.**

No. 49668.

Feb. 28, 1969.

In re: Roxanne Tannehill applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 216 So.2d 656.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.